IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VILLAGE OF WALTHILL, NEBRASKA,<br><br>　　　　　　Defendant. | **8:20CV69**<br><br>**ORDER** |

　　　　Plaintiff requests that this action be consolidated with *Light of the World Gospel Ministries, Inc. v. Village of Walthill, Nebraska*, Civil Action No. 8:18-cv-00312-LSC-SMB (D. Neb. 2018) ("*Light of the World")*, another suit pending before the undersigned. (Filing No. 8.)

　　　　Plaintiff's request for consolidation will be denied as it is premature. The two actions at issue are at entirely different stages of progression. *Light of the World* was filed in July of 2018. A motion for partial summary judgment is pending. Progression orders have been entered in that case and discovery has commenced. Today, the undersigned issued an order in *Light of the World* resolving a discovery dispute and directing that discovery proceed. Conversely, the present case was filed in February of 2020. A motion to dismiss is pending and an answer has yet to be filed. Consolidating these actions at this time would only serve to further delay discovery and progression in *Light of the World*. Consolidation could be reconsidered later, but it not appropriate at this point.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's Motion to Consolidate (Filing No. 8) is denied as premature.

　　　　Dated this 24th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge