IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>VILLAGE OF WALTHILL, NEBRASKA,<br><br>               Defendant. | 8:20CV69<br><br>REASSIGNMENT ORDER |

    This case is related to case number 8:18CV312. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is reassigned to District Judge Brian C. Buescher for disposition and remains assigned to Magistrate Judge Susan M. Bazis for judicial supervision.

    IT IS SO ORDERED.

    Dated this 15th day of October 2021.

                                                     BY THE COURT:

                                                     Robert F. Rossiter, Jr.
                                                     Chief United States District Judge